IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEYSTONE BROKERS,<br><br>    Plaintiff,<br><br>    v.<br><br>CALVIN MATTHEWS<br>AND ALL OTHER OCCUPANTS,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:21-CV-567-TWT |

### ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Fulton County. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Fulton County.

SO ORDERED, this 9 day of March, 2021.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\21\Keystone Brokers\r&r.docx